# EXHIBIT B

| Billed Customer Name | Agreement Signed | SKU | Amount | Monthly |
|---|---|---|---|---|
| Security Validations | 12/23/2016 | ENSILO-S-PRM-1Y-C | 20,000.00 | 1,666.67 |
| Security Validations | 12/23/2016 | ENSILO-W-ULT-1Y-C | 80,000.00 | 6,666.67 |
| | | | **100,000.00** | **8,333.33** |
| Security Validations | 3/30/2017 | ENSILO-S-PRM-1Y-D | 100,000.00 | 8,333.33 |
| Security Validations | 3/30/2017 | ENSILO-W-ULT-1Y-B | 40,000.00 | 3,333.33 |
| | | | **140,000.00** | **11,666.67** |
| Security Validations | 6/30/2017 | ENSILO-W-ULT-1Y-D | 250,000.00 | 20,833.33 |
| Security Validations | 8/30/2017 | ENSILO-W-ULT-1Y-B | 100,000.00 | 8,333.33 |
| Security Validations | 12/30/2017 | ENSILO-W-ULT-1Y-B | 100,000.00 | 8,333.33 |
| Security Validations ReWa | 5/29/2018 | ENSILO-W-ULT-1Y-A | 6,600.00 | |
| | | | **696,600.00** | **57,500.00** |

| Revenue Start Day | Renewal Date | Number of Invoice that was issued | status | Issued |
|---|---|---|---|---|
| 2/22/2017 | 2/22/2018 | | | |
| 2/22/2017 | 2/22/2018 | | | |
| | | 12 | done | 100,000.00 |
| 5/16/2017 | 5/16/2018 | | | |
| | | 12 | done | 140,000.00 |
| 9/30/2017 | 9/30/2018 | 12 | done | 250,000.00 |
| 9/1/2017 | 9/1/2018 | 12 | done | 100,000.00 |
| 1/31/2018 | 1/31/2019 | 10 | | 83,333.33 |
| 9/1/2018 | 6/1/2019 | 1 | done | 6,600.00 |
| | | | | **679,933.33** |
| | | | paid | (15,000.00) |
| | | | | **664,933.33** |

| Invoices numbers |
|---|
| 1048, 1063, 1064, 1069, 1077, 1087, 1088, 1099, 1100,1107 ,2003,2010 |
| 1065,1070,1078,1089,1090, 1093,1094,1104,2000,2007,2014,2027 |
| 1097, 1098, 1105,2001, 2008, 2015, 2028, 2033, 2042, 2053, 2062, 2072 |
| 1091, 1095, 1096, 1106, 2002, 2009, 2016, 2029, 2034,2043,2054,2063 |
| 2006,2013, 2026,2032,2041,2052,2061,2071,2087,2094 |
| 2047 |
| outstanding balance |